UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARIE DIPIETRO, and individual,<br><br>        Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY an individual DOE EMPLOYEES 10-10; DOE Individuals 11-20; and ROE Corporation 21-30<br><br>        Defendants. | Case No.: 3:24-cv-00465-ART-CSD<br><br>**ODER GRANTING**<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, through its counsel of record, M. CALEB MEYER, ESQ. and RENEE M. FINCH, ESQ. of MESSNER REEVES LLP, and Plaintiff MARIE DIPIETRO, individually and by and through his counsel of record, JAMIE S. COGBURN, ESQ. and JOSEPH J. TROIANO, ESQ., of J. COGBURN LAW, that all claims against STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, arising out of Case No. 3:24-cv-00465, be dismissed with prejudice in its entirety, with each of the parties to bear their own attorney's fees and costs.

///

///

IT IS FURTHER STIPULATED that no trial is currently scheduled.

Dated this 12th day of November, 2024.

**MESSNER REEVES, LLP**

/s/ Renee M. Finch
M. Caleb Meyer, Esq.
Nevada Bar No. 13379
Renee M. Finch, Esq.
Nevada Bar No. 13118
8945 W. Russell Rd., Ste. 300
Las Vegas, NV 89148
*Attorneys for Defendant*

Dated this 12th day of November, 2024.

**J. COGBURN LAW**

Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
Joseph J. Troiano, Esq.
Nevada Bar No. 12505
2580 St. Rose Parkway, Suite 330
Henderson, NV 89074
*Attorneys for Plaintiff*

IT IS SO ORDERED.

Anne R. Traum
United States District Judge

DATED: November 14, 2024